UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **March First Manufacturing, LLC** | : | Case No. 1:23-cv-00326-DRC |
| Plaintiff, | : | Judge: Douglas R. Cole |
| vs. | : | **VOLUNTARY STIPULATION OF DISMISSAL OF CLAIMS** |
| **OTR Distillers, LLC** **dba Northern Row Brewery** | : | |
| Defendant. | : | |
| **OTR Distillers, LLC** **dba Northern Row Brewery** | : | |
| Counterclaimant, | : | |
| vs. | : | |
| **March First Manufacturing, LLC** | : | |
| Counterclaim Defendant. | : | |

Plaintiff and Counterclaim Defendant March First Manufacturing, LLC ("March First"), and Defendant and Counterclaimant OTR Distillers, LLC dba Northern Row Brewery ("Northern Row"), having entered into a settlement agreement and stipulated to this dismissal, hereby dismiss all claims and counterclaims related to this litigation with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The parties will bear their own costs and fees.

Date: March 12, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ April L. Besl* | */s/ Brett A. Schatz (with authority)* |
| April L. Besl (Ohio Bar No. 0082542) | Brett A. Schatz (Ohio Bar No. 0072038) |
| Dinsmore & Shohl LLP | Wood Heron & Evans LLP |

| | |
|---|---|
| 225 E. Fifth St., Suite 1900 | 600 Vine Street, Suite 2800 |
| Cincinnati, OH 45202 | Cincinnati, Ohio 45202 |
| T: 513-977-8200 | T: 513-241-2324 |
| F: 513-977-8141 | F: 513-241-6234 |
| april.besl@dinsmore.com | bschatz@whe-law.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |